# PROCEEDING MEMO

**Date:** 10/24/2017 01:30 pm

**In re:** Brittney Noel Maier

Bankruptcy No. 17-22662-CMB
Chapter: 7
Doc. # 22

**Appearances:**

**Movant(s):** James Warmbrodt, Esq. for Lakeview Loan Servicing LLC ✓

**Respondent(s):** Daniel L. Haller, Esq. for Debtor

**Creditor(s):**

**Nature of Proceeding:** #22 Motion for Relief from Stay
re: 613 Girard Avenue, Pittsburgh, PA 15202

**Additional Pleadings:** #23 Notice of Hearing
CNO ~~not~~ filed 10/23

**Judge's Notes:**

**Outcome:**

✓ Motion is GRANTED ✓ Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:   Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

OCT 24 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA