UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brittney Noel Maier<br>　　　　　　　　Debtor(s) | BK. NO. 17-22662 CMB |
| LAKEVIEW LOAN SERVICING, LLC,<br>its successors and/or assigns<br>　　　　　　　　Movant<br>　　　v.<br>Brittney Noel Maier<br>　　　　　　　　Respondent(s)<br>　　　and<br>Jeffrey J. Sikirica, Trustee<br>　　　　　　　　Additional Respondent | CHAPTER 7<br><br>RE Doc. #22 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　This _24th_ day of _October_, 2017, upon default, no timely response objecting to the Motion having been filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 613 Girard Avenue, Pittsburgh, PA 15202.

　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Carlota M. Böhm_
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant

**FILED**

OCT 24 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brittney Noel Maier  
      Debtor

Case No. 17-22662-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Oct 24, 2017  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.  
db        +Brittney Noel Maier,   613 Girard Avenue,   Pittsburgh, PA 15202-2422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:  
      Allison L. Carr   on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
      Daniel L. Haller   on behalf of Debtor Brittney Noel Maier hallerd@nlsa.us  
      James Warmbrodt   on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
      Jeffrey J. Sikirica   trusteesikirica@consolidated.net,   PA59@ecfcbis.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      TOTAL: 5