Certificate Number: 01721-PAW-DE-030096750

Bankruptcy Case Number: 17-22662



01721-PAW-DE-030096750

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2017, at 12:15 o'clock AM EDT, Brittney Maier completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 30, 2017        By:    /s/Marilou Protulipac

                              Name:  Marilou Protulipac

                              Title: Manager of Counseling and Cust. Support