Form 154

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

38

In re:                                                                                       Bankruptcy Case No.: 17−22662−CMB

Chapter: 7

**Brittney Noel Maier**
   Debtor(s)

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **September 27, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

| | |
|---|---|
| **Address of the Bankruptcy Court**<br>U.S. Bankruptcy Court<br>c/o CLAIMS CLERK<br>5414 U.S Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Michael R. Rhodes<br>*Clerk, U.S. Bankruptcy Court* |

Dated: 7/19/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-22662-CMB
Brittney Noel Maier                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin        Page 1 of 2            Date Rcvd: Jul 19, 2018
                          Form ID: 154   Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
```
db             #+Brittney Noel Maier,    613 Girard Avenue,    Pittsburgh, PA 15202-2422
14663698       +AAS Debt Recovery, Inc.,    PO Box 129,    Monroeville, Pennsylvania 15146-0129
14663728       +Additional Contact:,    GE Capital,    170 Election Road, Suite 125,    Draper, Utah 84020-6425
14663719       +Additional Contact:,    GE Capital Retail Bank,    170 Election Road, Suite 125,
                 Draper, Utah 84020-6425
14663721        Additional Contact:,    Direct TV,    P.O. Box 9001069,    Louisville, Kentucky, 40290-1069
14663744       +Additional Contact:,    Discover Bank,    PO Box 30417,    Salt Lake City, Utah 84130-0417
14663742       +Additional Contact:,    Allison Carr - attorney for Duquesne Lig,
                 707 Grant Street Suite 2200, Gulf Tower,    Pittsburgh, Pennsylvania 15219-1945
14663701       +Additional Contact:,    Credit One Bank,    PO Box 98873,    Las Vegas, Nevada 89193-8873
14663732       +Additional Contact:,    World Financial Network Bank,    1 Righter Pkwy,
                 Wilmington, Delaware 19803-1534
14663730        Additional Contact:,    Capital One Bank (USA), N.A.,    P.O. Box 4199,
                 Houston, Texas, 77210-4199
14663725        Additional Contact:,    Citibank, N.A.,    PO Box 790012,    Saint Louis, Missouri, 63179-0012
14663717        Additional Contact:,    Citibank,    501 Corporate Drive, South Point Center,
                 Canonsburg, Pennsylvania, 15317
14663699        Additional Contact:,    Clearview Federal Credit Union,    1453 Beers School Road,
                 Coraopolis, Pennsylvania, 15108
14663723       +Additional Contact:,    Verizon (Bankruptcy Department/RMSC),    3900 Washington Street,
                 Wilmington, Delaware 19802-2125
14663712       +Additional Contact:,    First National Bank of Pennsylvania,    1 North Shore Drive,
                 Pittsburgh, Pennsylvania 15212-5816
14663736       +Additional Contact:,    Comcast - Credit Collections,    200 Industry Drive,
                 Pittsburgh, Pennsylvania 15275-1017
14663706       +Additional Contact:,    Santander Consumer USA,    PO Box 961245,    Fort Worth, Texas 76161-0244
14663709       +Additional Contact:,    Synchrony Bank / Old Navy,    PO Box 965005,
                 Orlando, Florida 32896-5005
14663714        Additional Contact:,    Sprint Att: Collections,    P.O. Box 660075,    Dallas, Texas, 75266-0075
14663716        Additional Contact:,    Citibank NA,    1000 Technology Dr,    O'Fallon, Missouri, 63368-2240
14663715       +Atlantic Credit & Finance,    PO Box 2036,    Warren, Michigan 48090-2036
14663705       +Deville Asset Management,    1132 Glade Road,    Colleyville, Texas 76034-4227
14663739       +Irene Fichter,    808 West View Park Drive,    Pittsburgh, Pennsylvania 15229-1773
14663740       +Juliann Maier,    5 Pioneer Avenue,    Pittsburgh, Pennsylvania 15229-2128
14663704       +Kohl's Attn: Bankruptcy Dept.,    P.O. Box 3004,    Milwaukee, Wisconsin 53201-3004
14651950       +Lakeview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14651951      #+Lakeview Loan Servicing, LLC,    1301 Virginia Drive, Suite 403,    Ft. Washington, PA 19034-3243
14663743        Pressler and Pressler LLP,    7 Entin Road,    Parsippany, New Jersey, 07054-5020
14663737      #+Trident Asset Management,    53 Perimeter Center East, Suite 440,    Atlanta, Georgia 30346-2294
14663710       +US Department of Education / GL,    2401 International PO Box 7859,
                 Madison, Wisconsin 53707-7859
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14663713       +EDI: AFNIRECOVERY.COM Jul 20 2018 06:03:00      AFNI,    P.O. Box 3097,
                 Bloomington, Illinois 61702-3097
14663696        EDI: AMEREXPR.COM Jul 20 2018 06:03:00      American Express,    PO Box 981537,
                 El Paso, Texas, 79998-1537
14663697        EDI: CAPITALONE.COM Jul 20 2018 06:03:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, Utah, 84130-0281
14663718       +E-mail/Text: bankruptcy@cavps.com Jul 20 2018 02:27:47      Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Valhalla, New York 10595-2322
14663702        EDI: DISCOVER.COM Jul 20 2018 06:03:00      Discover Financial Services LLC,    P.O. Box 15316,
                 Wilmington, Delaware, 19850
14663741       +E-mail/Text: kburkley@bernsteinlaw.com Jul 20 2018 02:28:05      Duquesne Light Company,
                 411 Seventh Avenue (6-2),    Pittsburgh, Pennsylvania 15219-1942
14663720       +E-mail/Text: bknotice@ercbpo.com Jul 20 2018 02:27:39      Enhanced Recovery Company,
                 PO Box 57547,    Jacksonville, Florida 32241-7547
14663703       +EDI: AMINFOFP.COM Jul 20 2018 06:03:00      First Premier Bank,    3820 N. Louise Ave,
                 Sioux Falls, South Dakota 57107-0145
14663722        EDI: JEFFERSONCAP.COM Jul 20 2018 06:03:00      Jefferson Capital System,    16 Mcleland Road,
                 Saint Cloud, Minnesota, 56303
14651953        E-mail/Text: camanagement@mtb.com Jul 20 2018 02:27:01      M & T Bank,    P.O. Box 62146,
                 Baltimore, MD 21264-2146
14651952        E-mail/Text: camanagement@mtb.com Jul 20 2018 02:27:01      M & T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
14663695        E-mail/Text: camanagement@mtb.com Jul 20 2018 02:27:01      M & T Bank,    PO Box 900,
                 Millsboro, Delaware, 19966
14663724       +EDI: MID8.COM Jul 20 2018 06:03:00      Midland Funding LLC,    2365 Northside Drive,
                 San Diego, California 92108-2709
14663700       +EDI: MID8.COM Jul 20 2018 06:03:00      Midland Funding LLC,    2365 Northside Drive, Suite 300,
                 San Diego, California 92108-2709
14652747       +EDI: PRA.COM Jul 20 2018 06:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
```

```
District/off: 0315-2          User: admin              Page 2 of 2                  Date Rcvd: Jul 19, 2018
                              Form ID: 154             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14663708       +EDI: PRA.COM Jul 20 2018 06:03:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, Virginia 23541-1021
14663729       +EDI: PRA.COM Jul 20 2018 06:03:00      Portfolio Recovery and Affiliates,
                 120 Corporate Boulevard,   Norfolk, Virginia 23502-4952
14663733       +E-mail/Text: clientservices@sourcerm.com Jul 20 2018 02:27:58      Source Receivables Management,
                 PO Box 4068,   Greensboro, North Carolina 27404-4068
14663735       +EDI: SWCR.COM Jul 20 2018 06:03:00      Southwest Credit Systems,
                 4120 International Parkway, Suite 1100,   Carrollton, Texas 75007-1958
14663707       +EDI: RMSC.COM Jul 20 2018 06:03:00      Synchrony Bank / Lowes,   PO Box 965005,
                 Orlando, Florida 32896-5005
                                                                                               TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr*             LakeView Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14663711*      +AAS Debt Recovery, Inc.,   PO Box 129,   Monroeville, Pennsylvania 15146-0129
14663726*       Additional Contact:,   Citibank,   501 Corporate Drive, South Point Center,
                 Canonsburg, Pennsylvania, 15317
14663738*      +Additional Contact:,   Verizon (Bankruptcy Department/RMSC),   3900 Washington Street,
                 Wilmington, Delaware 19802-2125
14663734*       Additional Contact:,   Sprint (Att: Collections),   P.O. Box 660075,
                 Dallas, Texas, 75266-0075
14663727*      +Midland Funding LLC,   2365 Northside Drive,   San Diego, California 92108-2709
14663731*      +Portfolio Recovery and Affiliates,   120 Corporate Boulevard,   Norfolk, Virginia 23502-4952
                                                                                          TOTALS: 2, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:
```
              Daniel L. Haller    on behalf of Debtor Brittney Noel Maier hallerd@nlsa.us
              James   Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                            TOTAL: 5
```